IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNAE HOYT, | No. 2:11-cv-2582-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| KELLY L. CANNON, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

      The court issued an order to show cause on August 15, 2014, requiring plaintiff to show cause why this action should not be dismissed for failure to submit the required service documents as directed. Plaintiff was warned that failure to respond to the order to show cause may result in the dismissal of this action for the reasons outlined as well as for failure to prosecute and comply with court rules and orders. See Local Rule 110.

/ / /

/ / /

1 | Plaintiff has not responded to the court's order as directed. The undersigned finds
2 | it appropriate to dismiss this action for plaintiff's failure to comply with court rules and orders,
3 | failure to submit the required service documents, and for plaintiff's failure to prosecute this case.
4 | Accordingly, IT IS HEREBY ORDERED that:
5 |     1. This action is dismissed; and
6 |     2. The Clerk of the Court is directed to enter judgment and close this case.

DATED: October 23, 2014

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE